# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE GOGOL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. TAFOYA, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-01397-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 5) |

　　　Andre Gogol ("Plaintiff"), a state prisoner, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On October 5, 2020, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint.[1]  (ECF No. 5.)  Over thirty days have passed and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.  Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed.  <u>Plaintiff is warned again that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated:　**January 4, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On October 5, 2020, Plaintiff filed a notice of change of address.  (ECF No. 6.)  Therefore, on November 18, 2020, the Court re-served the October 6, 2020 order at Plaintiff's new address of record.

1