# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE GOGOL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. TAFOYA, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01397-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. No. 8) |

Plaintiff Andre Gogol is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 1, 2021, the assigned magistrate judge issued findings and recommendations, recommending that the action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. Doc. No. 8. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. Id. at 13–14. No objections were filed and the time to do so has since expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 8) issued on February 1, 2021, are ADOPTED in full; and
2. The action is DISMISSED for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute.

IT IS SO ORDERED.

Dated: March 1, 2021

SENIOR DISTRICT JUDGE